**STATE of Missouri, Respondent,**

v.

**Thomas Roland FLOYD, Jr., Appellant.**

**WD 78574 Consolidated with WD 78575**

Missouri Court of Appeals,
Western District.

ORDER FILED: September 13, 2016

Chris Koster, Attorney General, Gregory L. Barnes, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent,

Samuel Buffaloe, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and James Edward Welsh and Edward R. Ardini, Jr., Judges

### Order

Per Curiam:

Mr. Thomas R. Floyd, Jr., appeals his convictions for third-degree assault of a law enforcement officer and third-degree assault. Mr. Floyd asserts the trial court erred in: (1) granting leave to the State to amend the information relating to third-degree assault of a law enforcement officer; (2) overruling his motion for judgment of acquittal at the close of the evidence as to the third-degree assault charge; and (3) failing to, *sua sponte*, instruct the jury on self-defense on the charges of third-degree assault and unlawful use of a weapon. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 30.25(b).